# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| LIGIA REGINA ANASTASI and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　Plaintiff,<br>　vs.<br><br>CARE HEALTH CENTER II INC.<br>NARESH H PATHAK,<br><br>　　　　Defendants. | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-61375-CIV-GAYLES/TURNOFF |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>JUDGE Darrin P. Gayles | J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Julie Wynne Allison<br>Julie W. Allison PA<br>1814 NE Miami Gardens Drive<br>Suite 801<br>Miami, FL 33179 |
| TRIAL DATE(S)<br>February 23, 2015 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, LIGIA REGINA ANASTASI, c/o J.H. Zidell P.A. |
| 2 | | | | | 30(b)(6) corporate representative of Defendant, CARE HEALTH CENTER II INC., c/o Julie W. Allison PA |
| 3 | | | | | Defendant, NARESH H PATHAK c/o Julie W. Allison PA |
| 4 | | | | | Rosario Palau c/o Julie W. Allison PA |
| 5 | | | | | Geralda Caraballo c/o Julie W. Allison PA |
| 6 | | | | | Holly Howells c/o Julie W. Allison PA |
| 7 | | | | | Michelle Aguilu c/o Julie W. Allison PA |
| 8 | | | | | Kevin Owens c/o Julie W. Allison PA |
| 9 | | | | | Roxanne Carr Hollis, 2700 NW 44 Street Apt 602, Oakland Park, FL 33309. (954) 245-5649 or (954) 816-4075. |
| 10 | | | | | Jazmine Johnson, 4574 NW 58 CT, Tamarac, FL 33319. (954) 305-7459. |
| 11 | | | | | Alexis Papanikelow, 5340 NW 89 TER, SUNRISE, FL 33351. (954) 552-7066. |
| 12 | | | | | Impeachment witnesses. |
| 13 | | | | | Rebuttal witnesses |

| 14 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |